

mwe.com

Michael Sheehan
Attorney at Law
msheehan@mwe.com
+1 312 984 2040

October 9, 2025

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

> This request is DENIED as moot since Defendants filed their reply briefs.
>
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 16, 2025

Re:   *Tserpelis a/k/a Lagos v. BDO USA PC et al.*; Case No. 1:25-cv-05613 (JAV) (JW)

Dear Judge Vargas:

Pursuant to Rule 3.E of Your Honor's Individual Rules of Practice, all Defendants in this case request a one (1) week extension of their deadline to file their reply briefs on the pending motions to dismiss: *i.e.,* an extension until **October 21, 2025**. This is Defendants' first request for an extension.

BDO and the Individual Defendants filed their respective Motions to Dismiss on September 8, 2025. Plaintiff filed her Oppositions to both Motions to Dismiss one month later, on October 6, 2025. The currently-scheduled date for Defendants' Replies is October 14, 2025. *See* ECF No. 43.

Plaintiff's Oppositions totaled 40 pages of briefing; in contrast, the moving briefs totaled only 22 pages. To address and respond to those tendentious opposition briefs and clarify the issues for this Court will require just a little more time.

Defendants' counsel reached out to Plaintiff via email on October 7, 2025 to request their consent for filing this extension request; Plaintiff's counsel has not responded. No Civil Case Management Plan has been filed, so this extension will not affect any other dates or deadlines for this matter. And, the Parties do not yet have a scheduled appearance before the Court.

We thank the Court for its consideration.

Respectfully,

*/s/ Michael J. Sheehan*

Michael J. Sheehan

cc: All counsel (via ECF)

---

McDermott Will & Schulte   444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

US practice conducted through McDermott Will & Schulte LLP.